MISA and FESILI, Plaintiffs

v.

TU'ULIMA, Defendant

No. 47-1918

High Court of American Samoa

Civil Jurisdiction, Trial Division

["Matai" name: "Mana"]

Date unknown

---

Before A. M. NOBLE, *Associate Judge*

JUDGMENT

This cause coming on to be heard before His Honor A. M. Noble, Associate Member of the High Court, and it appearing to the Court that the matters in controversy have been amicably settled between the parties, plaintiffs and defendant.

It is therefore ordered, considered and adjudged that the action be dismissed.

It is further ordered, considered and adjudged that the plaintiffs pay the cost of this action, to-wit, $10.00.